Law Office of Gregory S. Parvin
290 N Willow Street
Wasilla, Alaska 99654
P: 907-376-2800
F: 907-376-2828
gparvin@gparvinlaw.com

Received in the TRIAL COURTS
State of Alaska Third District
at Palmer
DEC 26 2019
Clerk of the Trial Courts
By_____Deputy

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT PALMER

| | |
|---|---|
| DAVID BLUMHORST | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 3PA- 19-02658 CI |
| WAL-MART STORES INC., | ) |
| WAL-MART INC. | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff David Blumhorst, by and through his attorney, The Law Office of Gregory S. Parvin, states and alleges as follows:

### JURISDICTION

1. Plaintiff, at all times relevant hereto, has been a Resident of the Third Judicial District, in the State of Alaska.

2. Defendant, at all times relevant hereto, is a licensed corporation, in good standing, doing business in the Third Judicial Superior, State of Alaska.

3. Defendant owns real property at 1350 S Seward Meridian Parkway in Wasilla, Alaska.

---

COMPLAINT

*BLUMHORST V. WAL-MART*
CASE NO. 3PA-19-_____
Page 1 of 3

4. The Superior Court at Palmer, Alaska, is the Proper venue holding personal and subject matter jurisdiction of this action.

## GENERAL ALLEGATIONS

1. On or about January 4, 2018, Plaintiff was on the premises of the Wal-Mart store at 1350 S Seward Meridian Parkway in Wasilla, Alaska.
2. Plaintiff walked onto a common pathway and primary means of ingress and egress to the building's entrance area.
3. Unknown to Plaintiff, the common area included an area of ice that had not been cleared.
4. The icy common area was a hazard.
5. Plaintiff slipped and fell on untreated ice.
6. As a result of the fall, Plaintiff suffered serious, permanent injuries and required surgical repair.

### First Cause of Action: Negligence

7. Defendant had a duty to maintain the safety of customers and act in a safe and reasonable manner.
8. Defendant breached their duty owed to Plaintiff and others who might be similarly situated, by failing to keep the premises safe from known hazards in its walkways and entryways.
9. As a direct and proximate result of defendant's negligence, plaintiff suffered personal injury both special and general in nature.
10. The harm caused by defendant's breach was foreseeable.

COMPLAINT  *BLUMHORST V. WAL-MART*
CASE NO. 3PA-19-_____
Page 2 of 3

11. Plaintiff suffered general damages and special damages, including past and future medical expenses.

12. Plaintiff's damages are past, present and reasonably likely to continue in the future. The exact amount will be proven at trial.

WHEREFORE, Plaintiff requests the following relief:

1. That Plaintiff prevail on his cause of action;

2. A money judgment in favor of plaintiff against the defendant for his general and special damages in an amount to be proven at trial;

3. For a judgment of costs, interest and attorney fees necessarily incurred in pursuing this claim;

4. For whatever other relief this court deems proper and just.

Signed this 26 day of December, 2019 at Wasilla, Alaska.

LAW OFFICE OF GREGORY S. PARVIN

Gregory S. Parvin
AK Bar No. 9809044

COMPLAINT

BLUMHORST V. WAL-MART
CASE NO. 3PA-19-_____
Page 3 of 3